IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-63,694-01






HENRY LAURIE SMITH, III, Relator





APPLICATION FOR WRIT OF MANDAMUS


FROM THE FIFTH COURT OF APPEALS


KAUFMAN COUNTY





 Holcomb, J., filed a concurring statement on the Court's denial of leave
to file original application of mandamus.


C O N C U R R I N G S T A T E M E N T 



 Relator contends that the court of appeals refused to appoint counsel, even though he
was allegedly abandoned by appointed counsel. No briefs were filed in the court of appeals. 
The record reflects that the court of appeals affirmed Relator's conviction for possession of
a controlled substance on September 26, 2005. 

 Mandamus will issue to compel a purely ministerial duty when relator has no other
adequate remedy at law. State ex rel. Rosenthal v. Poe, 98 S.W.3d 194 (Tex. Crim. App.
2003). I join the Court's denial to grant leave to file for mandamus relief because Relator
has an adequate remedy at law; he may file a writ of habeas corpus requesting an out-of-time
appeal.

FILED: SEPTEMBER 13, 2006

DO NOT PUBLISH